# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:                                                      CASE NO. 23-10890
**MAE BOSTON,**

       Debtor(s)                                            CHAPTER 13

## NOTICE OF CONTINUED 11 U.S.C. § 341 MEETING OF CREDITORS AND CONTINUED CONFIRMATION HEARING

The Debtor(s) Meeting of Creditors has been continued to:

| | |
|---|---|
| Date: | NOVEMBER 7, 2023 |
| Time: | 2:30 PM |
| Location: | U. S. Courthouse, Dothan-https://www.zoomgov.com/j/16111378257 |

The hearing on the confirmation of the plan has been continued to:

| | |
|---|---|
| Date: | DECEMBER 6, 2023 |
| Time: | 10:00 AM |
| Location: | U. S. Courthouse, Dothan, AL - 100 W. Troy Street |

/s/Christopher L. Stanfield
Bar ID #STA101
PO Drawer 311167, Enterprise, AL 36331-1167
(334) 393-4357/(334) 393-0026 FAX/bankruptcy@brockandstoutlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day mailed a true and exact copy of the foregoing Notice to ALL CREDITORS and the parties listed below by electronically mailing or by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on October 31, 2023.

| | |
|---|---|
| Danielle Greco, Bankruptcy Administrator<br>ba@almb.uscourts.gov | Sabrina L. McKinney, Chapter 13 Trustee<br>mckinneys@ch13mdal.org |

/s/Christopher L. Stanfield
Bar ID #STA101
PO Drawer 311167, Enterprise, AL 36331-1167
(334) 393-4357/(334) 393-0026 FAX/bankruptcy@brockandstoutlaw.com