## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Mae Boston ,

    Debtor.

Case No. 23–10890
Chapter 13

### ORDER OF DISMISSAL

    A motion to dismiss or a notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to M.D. ALA., LBR 1017–2 or M.D. ALA., LBR 1006–1. The deficiencies listed in the motion to dismiss or notice of dismissal have not been cured nor has a response been filed. It is therefore,

    **ORDERED** that this case is **DISMISSED**.

    All pending motions and objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee. Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.

Dated November 25, 2024

Bess M. Parrish Creswell
United States Bankruptcy Judge